In the Matter of MARTIN ODORISIO (Admitted as MARTIN F. ODORISIO), an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner.

Second Department, July 2, 1979

### APPEARANCES OF COUNSEL

*Frank A. Finnerty, Jr. (Gary L. Casella* of counsel), for petitioner.

*Francis L. Giordano* for respondent.

### OPINION OF THE COURT

*Per Curiam.*

The respondent was admitted to practice by this court on December 21, 1955 under the name of Martin F. Odorisio.

On December 6, 1978 the respondent was found guilty, upon a jury verdict, in the Supreme Court, Suffolk County, of the crime of conspiracy in the second degree, a class E felony (see Penal Law, § 105.10, now conspiracy in the fourth degree [L 1978, ch 422]). The respondent was sentenced to a prison term of nine months on March 6, 1979.

Pursuant to subdivision 4 of section 90 of the Judiciary Law, the respondent ceased to be an attorney and counselor at law in this State upon his conviction of a felony.

Accordingly, the petitioner's motion is granted and the respondent's cross motion denied. The clerk of this court is directed to strike the respondent's name from the roll of attorneys and counselors at law forthwith.

MOLLEN, P. J., HOPKINS, DAMIANI, O'CONNOR and LAZER, JJ., concur.